IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LONNIE ANDERSON, and JACQUI SHIMMINN, <br><br>            Plaintiffs, <br><br>    v. <br><br>WALTER BEGLAU, et al., <br><br>            Defendants. <br>_____ | 6:14-cv-01354-TC <br><br> ORDER |

MCSHANE, Judge:

  Magistrate Judge Thomas M. Coffin filed a Findings and Recommendation (ECF No. 8), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiffs filed objections to the Findings and Recommendation. Accordingly, I have reviewed the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and conclude the report is correct.

1 –ORDER

Magistrate Judge Coffin's Findings and Recommendation (ECF No. 8) is adopted in full. Defendants are entitled to prosecutorial immunity. The complaint (ECF No. 1), as amended by ECF No. 7, is dismissed, with prejudice.

IT IS SO ORDERED.

DATED this 23th day of December, 2014.

_____/s/ Michael J. McShane_____
Michael J. McShane
United States District Judge

2 –ORDER